IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ford, James A | Case Number: 04 B 04938 |
|---|---|---|
| | Novak-Ford, Jodi A | Judge: Wedoff, Eugene R |
| | Printed: 7/1/08 | Filed: 2/10/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 6, 2008
Confirmed: July 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 25,511.69 | |
| Secured: | | 5,310.29 |
| Unsecured: | | 18,236.26 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,237.43 |
| Other Funds: | | 727.71 |
| Totals: | 25,511.69 | 25,511.69 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bank One | Secured | 0.00 | 0.00 |
| 2. | Bank One | Secured | 5,310.29 | 5,310.29 |
| 3. | ECast Settlement Corp | Unsecured | 1,617.11 | 767.57 |
| 4. | Kohl's/Kohl's Dept Stores | Unsecured | 726.04 | 332.14 |
| 5. | Resurgent Capital Services | Unsecured | 2,917.06 | 1,384.61 |
| 6. | Card Member Services | Unsecured | 8,851.97 | 4,201.98 |
| 7. | Discover Financial Services | Unsecured | 11,940.80 | 5,667.75 |
| 8. | Capital One | Unsecured | 798.04 | 365.07 |
| 9. | Wal Mart Stores | Unsecured | 299.01 | 141.76 |
| 10. | RoundUp Funding LLC | Unsecured | 2,794.00 | 1,326.45 |
| 11. | Wal Mart Stores | Unsecured | 1,632.03 | 774.33 |
| 12. | ECast Settlement Corp | Unsecured | 6,898.90 | 3,274.60 |
| 13. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 14. | Shell Mastercard | Unsecured | | No Claim Filed |
| 15. | Union Plus | Unsecured | | No Claim Filed |
| 16. | PNC National Bank | Unsecured | | No Claim Filed |
| 17. | Midland Credit Management | Unsecured | | No Claim Filed |
| | | | $ 43,785.25 | $ 23,546.55 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 113.00 |
| 6.5% | 188.74 |
| 3% | 31.82 |
| 5.5% | 333.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ford, James A<br>Novak-Ford, Jodi A<br>Printed: 7/1/08 | Case Number: 04 B 04938<br>Judge: Wedoff, Eugene R<br>Filed: 2/10/04 |

|       |          |
|-------|----------|
| 5%    | 173.06   |
| 4.8%  | 186.17   |
| 5.4%  | 210.73   |
|       | _____ |
|       | $ 1,237.43 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____